## SERVICE OF SUMMONS, COMPLAINT, COURT SUBPOENA, GARNISHMENT, CHILD SUPPORT, WORKERS' COMPENSATION and EMPLOYMENT MATTERS

**Any** of the above referenced documents received at a company office must be scanned and emailed to Cathy Wilken (cwilken@cretecarrier.com), then sent **regular mail** to: Crete Carrier Corporation, Attn: Cathy Wilken, Legal, 400 N.W. 56th Street, Lincoln, NE 68528, along with this completed form. If signature of person preparing report is illegible, please print name below signature.

Date Summons served: __4__ / __18__ /2022   Time:  Hour ___3:00pm___  a.m./p.m.

City and State of your Terminal Location: ___Mechanicsburg, PA___

Method of Service (check applicable)

__X__   Personal Service by Deputy Sheriff or Process Server:
        Name of person accepting service: __Robert Zeigler, Shop Manager__
        (Documents were delivered by hand from the deputy without an envelope)

_____   U.S. Mail (attach envelope to Summons/Subpoena)

        Certified _____   First Class _____   Restricted __

_____   Private Courier (Federal Express, UPS, etc.)

### Notification from Driver or Third Party:

Name: _____   Date: __/__/__   Phone: _____

Accident # (if known) _____

__[signature]__                                 __4/19/2022__
**Signature of Person Preparing Report**        Date of Report

### DO NOT WRITE BELOW THIS LINE

Date Received from Company:                     __/__/__   Initials: ____

Date Reviewed by Curt Ruwe:                     __/__/__   Initials: ____

Date Assigned to Adjuster/Attorney:             __/__/__   Initials: ____
Adjuster/Attorney _____
Date Assigned to Defense Counsel:               __/__/__   Initials: ____

If file closed, date reopened and reserves entered:  __/__/__   Initials: ____

If file transferred in-house, date transferred,
adjuster name added/changed:                    __/__/__   Initials: ____
STARS Litigation Input                          __/__/__   Initials: ____

Sent Lit Hold Documents to Defense Counsel      __/__/__   Initials: ____

**Court of Common Pleas of Philadelphia County**
**Trial Division**

# Civil Cover Sheet

For Prothonotary Use Only (Docket Number)

**APRIL 2022**

E-Filing Number: 2203064686

**000005**

| | |
|---|---|
| **PLAINTIFF'S NAME**<br>NAIM ZIYAD. CORBITT | **DEFENDANT'S NAME**<br>ALVIN C. ERVIN II |
| **PLAINTIFF'S ADDRESS**<br>121 E. SPRING AVENUE<br>ARDMORE PA 19003 | **DEFENDANT'S ADDRESS**<br>1264 WYCKFIELD PLACE<br>LAWRENCEVILLE GA 30044 |
| **PLAINTIFF'S NAME** | **DEFENDANT'S NAME**<br>CRETE CARRIER CORPORATION |
| **PLAINTIFF'S ADDRESS** | **DEFENDANT'S ADDRESS**<br>6800 CARLISLE PIKE<br>MECHANICSBURG PA 17050 |
| **PLAINTIFF'S NAME** | **DEFENDANT'S NAME**<br>ABC COMPANIES |
| **PLAINTIFF'S ADDRESS** | **DEFENDANT'S ADDRESS**<br>UNKNOWN<br>PHILADELPHIA PA 19100 |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NUMBER OF DEFENDANTS | COMMENCEMENT OF ACTION |
|---|---|---|
| 1 | 4 | [X] Complaint  [ ] Petition Action  [ ] Notice of Appeal<br>[ ] Writ of Summons  [ ] Transfer From Other Jurisdictions |

**AMOUNT IN CONTROVERSY**
[ ] $50,000.00 or less
[X] More than $50,000.00

**COURT PROGRAMS**
[ ] Arbitration          [ ] Mass Tort         [ ] Commerce           [ ] Settlement
[X] Jury                 [ ] Savings Action    [ ] Minor Court Appeal [ ] Minors
[ ] Non-Jury             [ ] Petition          [ ] Statutory Appeals  [ ] W/D/Survival
[ ] Other: _____

**CASE TYPE AND CODE**
2V - MOTOR VEHICLE ACCIDENT

**STATUTORY BASIS FOR CAUSE OF ACTION**

**RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER)**

FILED
PRO PROTHY
MAR 31 2022
S. RICE

**IS CASE SUBJECT TO COORDINATION ORDER?**
YES    NO

**TO THE PROTHONOTARY:**

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: NAIM ZIYAD CORBITT

Papers may be served at the address set forth below.

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY<br>DAVID B. SHERMAN | ADDRESS<br>8 PENN CENTER<br>1628 JFK BOULEVARD<br>SUITE 2200<br>PHILADELPHIA PA 19103 |
|---|---|
| PHONE NUMBER<br>(215)665-1100 | FAX NUMBER<br>(215)665-8471 |
| SUPREME COURT IDENTIFICATION NO.<br>36437 | E-MAIL ADDRESS<br>tdicostanza@solomonsherman.com |
| SIGNATURE OF FILING ATTORNEY OR PARTY<br>DAVID SHERMAN | DATE SUBMITTED<br>Thursday, March 31, 2022, 05:38 pm |

FINAL COPY (Approved by the Prothonotary Clerk)

**COMPLETE LIST OF DEFENDANTS:**

1. ALVIN C. ERVIN II
    1264 WYCKFIELD PLACE
    LAWRENCEVILLE GA 30044
2. CRETE CARRIER CORPORATION
    6800 CARLISLE PIKE
    MECHANICSBURG PA 17050
3. ABC COMPANIES
    UNKNOWN
    PHILADELPHIA PA 19100
4. JOHN DOE
    ALIAS: JANE DOE
    UNKNOWN
    PHILADELPHIA PA 19100

```
                                                              Filed and Attested by the
                                                              Office of Judicial Records
                                                              31 MAR 2022 05:38 pm
                                                                       S. RICE
```

**SOLOMON, SHERMAN & GABAY**
**DAVID B. SHERMAN**
Identification No. 36437
**LAUREN SHERMAN, ESQUIRE**
Identification No. 323691
8 Penn Center
1628 J.F.K. Boulevard
Suite 2200
Philadelphia, PA  19103
(215) 665-1100                               **Attorneys for Plaintiffs**

| | | |
|---|---|---|
| NAIM ZIYAD CORBITT | : | **COURT OF COMMON PLEAS** |
| 121 E. Spring Avenue | : | **PHILADELPHIA COUNTY** |
| Ardmore, PA  19003 | : | |
| v. | : | |
| ALVIN C. ERVIN II | : | TERM, |
| 1264 Wyckfield Place | : | |
| Lawrenceville, GA 30044 | : | NO. |
| and | : | |
| CRETE CARRIER CORPORATION | : | |
| 6800 Carlisle Pike | : | |
| Mechanicsburg, PA  17050 | : | |
| and | : | |
| ABC COMPANIES | : | |
| (fictitious designation of partnerships, | : | |
| proprietorships, and/or corporations) | : | |
| and | : | |
| JOHN DOES and/or JANE JOES | : | |
| (fictitious designation of individual(s) | : | |

<u>NOTICE TO DEFEND</u>

| NOTICE | AVISO |
|---|---|
| You have been sued in court.  If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with this court your defenses objections to the claims set forth against you.  You are warned that if you fail to do so, the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff.  You may lose money or property or other rights important to you.<br>**YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVER A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGALHELP.**<br>**PHILADELPHIA BAR ASSOCIATION**<br>**LAWYER REFERENCE SERVIE**<br>**ONE READING CENTER**<br>**PHILADELPHIA, PA  19107**<br>**(215) 238-1701** | Le han demandado a usted en la corte.  Si usted quiere defenderse de estas demandas expuestas en las paginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notification.  Hace falta asentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona.  Sea avisado que si usted no se defiende, la corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notificacion. Ademas, la corte puede dedidir a favor del demandante y require que usted cumpia con todas las provisiones de esta demanda.  Usted puede perder dinero o sus propiedades u otros derechos importantes para usted.<br>**LLEVE ESTA DEMANDA A UN ABOGADO INMEDIATAMENTE.  SI NO TIENE ABOGADO O SI NO TIENE EL DINERO SUFICIENTE DE PAGAR TAL SERVICIO. VAYA EN PERSONA O LLAME FOR TELEFONO A LA OFICINA CUYA DIRECCION SE ENCUENTRA ESCRITA ABAJO PARA AVERIGUAR DONDE SE PUEDE CONSEGUIR ASISTENCIA LEGAL.**<br>**ASOCIACION DE LICENCIADOS DE FILADELFIA**<br>Servicio De Referencia E Informacion Legal<br>**One Reading Center**<br>**Filadelfia, PA  19107**<br>**Telefono:  (215) 238-1701** |

Case ID: 220400005

| | |
|---|---|
| SOLOMON, SHERMAN & GABAY<br>DAVID B. SHERMAN<br>Identification No. 36437<br>LAUREN SHERMAN, ESQUIRE<br>Identification No. 323691<br>8 Penn Center<br>1628 J.F.K. Boulevard<br>Suite 2200<br>Philadelphia, PA 19103<br>(215) 665-1100 | **Attorneys for Plaintiffs** |
| NAIM ZIYAD CORBITT<br>121 E. Spring Avenue<br>Ardmore, PA 19003<br><br>v.<br><br>ALVIN C. ERVIN II<br>1264 Wyckfield Place<br>Lawrenceville, GA 30044<br>and<br>CRETE CARRIER CORPORATION<br>6800 Carlisle Pike<br>Mechanicsburg, PA 17050<br>and<br>ABC COMPANIES<br>(fictitious designation of partnerships,<br>proprietorships, and/or corporations)<br>and<br>JOHN DOES and/or JANE JOES<br>(fictitious designation of individual(s) | **COURT OF COMMON PLEAS<br>PHILADELPHIA COUNTY**<br><br><br><br>TERM,<br><br>NO. |

### COMPLAINT – CIVIL ACTION
### 2V – Motor Vehicle

1. Plaintiff, Naim Ziyad Corbitt, is an adult individual residing at the above stated address.

2. Defendant, Alvin C. Ervin II is an adult individual residing at the above stated address and at all pertinent times hereto was the operator of a motor vehicle involved in the incident to be described more fully hereinafter.

3. Defendant, Crete Carrier Corporation is a company and/or similar business entity, authorized to do business in Pennsylvania, with offices and/or a principal place of business at the address listed above, who at all times pertinent hereto was the owner of the motor vehicle

Case ID: 220400005

involved in the incident to be described more fully hereinafter.

4. Defendants, ABC Companies, said names being fictitious, the true names being unknown to Plaintiff after reasonable search with due diligence, were partnerships, proprietorships, and/or corporations operating in the Commonwealth of Pennsylvania who owned, controlled, maintained and possessed of the motor vehicle.

5. Defendants, John Does and/or Jane Does, said names being fictitious, the true names being unknown to Plaintiff after reasonable search with due diligence, were individuals who owned, controlled, maintained and possessed of the motor vehicle.

6. On or about August 13, 2020, a motor vehicle operated by Defendant, Alvin C. Ervin II and owned by Defendant, Crete Carrier Corporation was traveling on I-76 in the City and County of Philadelphia Commonwealth of Pennsylvania, operated the vehicle in such a negligent and careless manner to struck Plaintiff's vehicle in the rear, causing severe injuries to Plaintiff, to be described more fully hereinafter.

7. The aforementioned collision was caused by the negligence of the Defendants and did not result from any act or omission of the Plaintiff.

8. At all times relevant hereto, Defendants were the operators, owners, managers, possessors and controllers of the vehicle involved in the incident described above.

9. At all times relevant hereto, the vehicle owned by Defendants was operated and/or controlled by an agent, servant, workman and/or employee of Defendants.

10. At all times pertinent hereto, all of the acts and omissions of Defendants were committed by the Defendants or through their agents, workmen, servants and/or employees and/or by others with whom the Defendants had control or authority.

## COUNT I
## PLAINTIFF, NAIM ZIYAD CORBITT vs. DEFENDANTS, ALVIN C. ERVIN II, ABC

Case ID: 220400005

## COMPANIES, JOHN DOES and/or JANE JOES COMPANIES

11. Plaintiff, Naim Ziyad Corbitt, hereby incorporates by reference paragraphs 1 through 10 as though same were fully set forth at length herein.

12. At all times pertinent hereto, all of the acts and omissions of Defendant were committed by the Defendant or through their agents, workmen, servants and/or employees and/or by others with whom the Defendants had control or authority.

13. The Defendant is liable for the injuries and damages suffered by the Plaintiff.

14. Plaintiff aver that the aforesaid incident was caused solely by the negligence of the Defendant which consisted of the following:

    (a) Operating said motor vehicle at an excessive rate of speed;

    (b) failing to have said motor vehicle under proper and adequate control;

    (c) operating said motor vehicle without due regards for the rights, safety and position of the Plaintiffs at the point aforesaid;

    (d) operating said vehicle in a careless, and negligent manner;

    (e) failing to keep a proper lookout;

    (f) failing to avoid said incident;

    (g) failing to properly inspect said vehicle;

    (h) failing to properly maintain said vehicle;

    (i) failing to insure the skill and competence of the operator of said vehicle;

    (j) violating the ordinances, statutes, and regulations of County of Philadelphia and State of Pennsylvania relating to the operation of said

vehicle highways;

(k) Violating 75 Pa.C.S. s3310-- following too closely;

(l) Violating 75 Pa.C.S. s3714-- careless driving; and

(m) in other respects as may be pointed out at the time of trial.

15. As a result of the aforesaid accident, Plaintiff, suffered severe and permanent injuries to her head, back, neck, left shoulder and other injuries both known and unknown, all or some of which have caused her great pain, suffering and agony, loss of life's enjoyment and deprivation of Plaintiff normal mode of living, earnings and earning capacity and will continue to do so in the future.

16. As a further result of the aforesaid incident and injury, Plaintiff was obliged to incur various necessary and reasonable medical expenditures in treating herself and may be obliged to incur such additional expenses into the future to her great financial detriment and loss.

17. As a further result of the aforesaid incident and injuries, the Plaintiff has suffered permanent injury, serious impairment of a bodily function and disability as well as embarrassment, humiliation and loss of life's pleasures.

18. As a further result of the aforesaid incident, the Plaintiff was caused to incur substantial wage loss and earning capacity to her great financial detriment and harm.

WHEREFORE, Plaintiff, demands judgment against the Defendants jointly and severally, in a sum in excess of Fifty Thousand ($50,000.00) Dollars.

## COUNT II
## PLAINTIFF, NAIM ZIYAD CORBITT vs. DEFENDANTS, CRETE CARRIER CORPORATION, ABC COMPANIES, JOHN DOES and/or JANE JOES

19. Plaintiff, Naim Ziyad Corbitt, hereby incorporates by reference paragraphs 1 through 18 as though same were fully set forth at length herein.

20. The injuries to Plaintiff, Naim Ziyad Corbitt, were proximately caused in whole or in part by the negligence and fault of Defendant, Crete Carrier Corporation owner of the aforementioned motor vehicle operated by Defendant, Alvin C. Ervin II without any fault or neglect of Plaintiff, contributing thereto.

21. Defendant, Alvin C. Ervin II had permission from Defendant, Crete Carrier Corporation to operate the motor vehicle involved in the incident described herein above.

22. Defendant, Crete Carrier Corporation breached their duties of care in the following respects, among others:

    (a) By negligently entrusting the operation of the motor vehicle to Defendant, Alvin C. Ervin II whom Defendant, Crete Carrier Corporation knew or had reason to know was incompetent, inexperienced or otherwise incapable of safely and properly operating the vehicle in question;

    (b) By the negligent failure to train and/or negligent training of Defendant Alvin C. Ervin II in the safe and proper operation of the aforementioned motor vehicle whom Defendant, Crete Carrier Corporation knew or had reason to know was incompetent, inexperienced or otherwise incapable of safely and properly operating the vehicle in question;

    (c) By negligently entrusting the operation of the motor vehicle to Defendant, Alvin C. Ervin II whom Defendant, Crete Carrier Corporation knew or had reason to know would park the vehicle in a dangerous matter and place.

    (d) By the negligent failure to supervise and/or negligent supervision of Defendant Alvin C. Ervin II's operation of the aforementioned motor vehicle;

    (e) Violating the ordinances, statutes, and regulations of City of Philadelphia

and State of Pennsylvania relating to the operation of said vehicle highways; and

(f) In other respects as may be pointed out at the time of trial.

23. As a result of the aforesaid accident, Plaintiff, suffered severe and permanent injuries to her head, back, neck, left shoulder and other injuries both known and unknown, all or some of which have caused her great pain, suffering and agony, loss of life's enjoyment and deprivation of Plaintiff normal mode of living, earnings and earning capacity and will continue to do so in the future.

24. As a further result of the aforesaid incident and injury, Plaintiff was obliged to incur various necessary and reasonable medical expenditures in treating herself and may be obliged to incur such additional expenses into the future to her great financial detriment and loss.

25. As a further result of the aforesaid incident and injuries, the Plaintiff has suffered permanent injury, serious impairment of a bodily function and disability as well as embarrassment, humiliation and loss of life's pleasures.

26. As a further result of the aforesaid incident, the Plaintiff was caused to incur substantial wage loss and earning capacity to her great financial detriment and harm.

WHEREFORE, Plaintiff, demands judgment against the Defendants jointly and severally, in a sum in excess of Fifty Thousand ($50,000.00) Dollars.

BY: _____
DAVID B. SHERMAN, ESQUIRE
Attorney for Plaintiff

Dated:   3/31/2022

## VERIFICATION

I, Naim Ziyad Corbitt, hereby verify that the statements made in the foregoing Civil Action Complaint, are true and correct to the best of my information, knowledge and belief after reasonable inquiry. I understand that statements made herein are subject to the penalties of 18 Pa C.S.A. Section 4904, relating to unsworn falsification to authorities.

_____
Naim Ziyad Corbitt

DATED: ___3/31/2022___